UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80145-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Reinier Koole,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on December 8, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The superseding petition for violation of supervised release is **dismissed**.

**DONE and ORDERED** in West Palm Beach, this 20 day of December, 2011.

                          **KENNETH L. RYSKAMP**
                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       USPO